EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE MOUNT SINAI HOSPITAL,

                      Plaintiff (s),

Index No. 10 CIV 5937
AFFIDAVIT OF SERVICE

-against-

UNITED STATES OF AMERICA,

                      Defendant (s).
-------------------------------------------------------------------X

STATE OF NEW YORK   )
                               :s:
COUNTY OF QUEENS    )

        ROLAND DAVID, being duly sworn deposes and says:

        I am not a party to this action, am over the age of eighteen years of age, and reside in the State of New York.

        On the 6th day of August, 2010, at approximately 2:12 p.m. at 86 Chambers Street, New York, New York, I served true copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK; INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN and ELECTRONIC CASE FILING RULES & INSTRUCTIONS, in the above entitled-action, upon The UNITED STATES OF AMERICA , defendant herein named, by personally delivering and leaving thereat true copies of the above mentioned documents with Manuel Bermudz.  At time of service, Mr. Bermudz identified himself as a Legal Clerk for The United States Attorney's Office and as a person authorized to accept service of process for The United States of America.

Mr. Bermudz is a Caucasian male, approximately 40-48 year of age, 5'9" tall, 195 lbs, with dark and light hair and dark eyes and wore glasses.

Sworn to before me this,
6th day of August, 2010

*[signature]*
NOTARY PUBLIC

*[signature: Roland David]*
ROLAND DAVID
License No. 1346079

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 20__