UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Mount Sinai Hospital )<br>)<br>)<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>United States of America )<br>)<br>)<br>)<br>**Defendant** ) | Case No.: 10 CIV 5937 |

## AFFIDAVIT OF SERVICE

I, Vincent A. Piazza, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Complaint with Exhibit A, Civil Cover Sheet and Rule 7.1 Statement

SERVE TO: United States of America c/o Internal Revenue Service
SERVICE ADDRESS: 1111 Constitution Avenue, NW, Washington, DC 20224

DATE SERVED: August 06, 2010   TIME SERVED: 3:30 PM

PERSON SERVED: Susan Mosley, Senior Technician Reviewer, authorized to accept.

Described herein:
Gender: Female    Race/Skin: Black    Hair: Brown    Age: 55    Height: 5'6"    Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 8/13/10

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 10-044472                                                                 Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050