Judge Hellerstein

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

**10 CIV 5937**

| | | |
|---|---|---|
| The Mount Sinai Hospital | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| United States of America | ) | |
| Defendant | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
Eric H. Holder, Jr., Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   McDermott Will & Emery LLP
c/o John J. Calandra
340 Madison Avenue
New York, New York 10173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: AUG 0 6 2010

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Mount Sinai Hospital | ) |
| | ) |
| **Plaintiff** | ) Case No.: 10 CIV 5937 |
| v. | ) |
| United States of America | ) |
| | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Michael Reeder, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Complaint with Exhibits, and Rule 7.1 Statement

SERVE TO: United States of America c/o Eric H. Holder, Jr., Attorney General
SERVICE ADDRESS: United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-001

METHOD OF SERVICE: by mailing a copy of the documents listed herein to United States of America c/o Eric H. Holder, Jr., Attorney General at on September 13, 2010 via certified mail, return receipt requested, US Postal Service Article No.: .
7006 0100 0006 2606 5454

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

_____
Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this __20th__ day of __September__, 2010.

_Angela H. Croson_
Notary Public
Angela H. Croson

My Commission Expires: 03-31-14

