AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

*Judge Hellerstein*

| | |
|---|---|
| The Mount Sinai Hospital | )<br>) |
| *Plaintiff* | )<br>) Civil Action No. **10 CIV 5937** |
| v. | ) |
| United States of America | )<br>) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
Douglas H. Shulman, Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C. 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   McDermott Will & Emery LLP
c/o John J. Calandra
340 Madison Avenue
New York, New York 10173

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: AUG 0 6 2010

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Mount Sinai Hospital <br><br> Plaintiff <br><br> v. <br><br> United States of America <br><br> Defendant | ) ) ) ) ) Case No.: 10 CIV 5937 ) ) ) ) ) ) |

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Michael Reeder, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Complaint with Exhibits, and Rule 7.1 Statement

SERVE TO: United States of America c/o Douglas H. Schulman, Commissioner
SERVICE ADDRESS: Internal Revenue Service, 1111 Constitution Avenue, NW, Washington, DC 20224-0001

METHOD OF SERVICE: by mailing a copy of the documents listed herein to United States of America c/o Douglas H. Schulman, Commissioner at on September 13, 2010 via certified mail, return receipt requested, US Postal Service Article No.: .
7006 0100 0006 2606 5447

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

_____
Michael Reeder
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this __20th__ day of __September__, 2010.

_Angela H. Croson_
Notary Public
Angela H. Croson

My Commission Expires: 03-31-14

ID: 10-046231                                                                                           Client Reference: 064061-0023

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States of America
   c/o Douglas C. Schulman, Commissioner
   Internal Revenue Service
   1111 Constitution Avenue, NW
   Washington, DC 20224-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by Received by the Commissioner's Correspondence Office
   C. Date of Delivery
   SEP 20 2010

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811    02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $1.90 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.00 |

Postmark Here   09/13/2010

Sent To: United States of America
Street, or PO Box: c/o Douglas H. Schulman, Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224-0001

10-046230

7006 0100 0000 2606 5454