UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| The Mount Sinai Medical Center, | ) ) ) | |
| Plaintiff | ) ) | Case No. 10 CIV 5937 |
| v. | ) ) | |
| The United States of America, | ) ) | |
| Defendant. | ) ) ) | |

**PLEASE TAKE NOTICE** that Stephen J. Riccardulli hereby appears as counsel for

The Mount Sinai Medical Center. in the above-captioned action and for the purpose of being

added to the list of service and ECF notice recipients.

Dated: New York, New York
       October 5, 2010

McDERMOTT WILL & EMERY LLP

By:
Stephen J. Riccardulli
McDermott Will & Emery
340 Madison Avenue
New York, NY
10173-1922
Phone: 1-212-547-5400
Fax: 1-212-547-5444

*Attorney for The Mount Sinai Medical Center.*

WDC99 1927357-1