UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Mount Sinai Medical Center, )<br>)<br>Plaintiff )<br>v. )<br>)<br>The United States of America, )<br>)<br>Defendant. )<br>) | Case No. 10 CIV 5937 |

**PLEASE TAKE NOTICE** that Philip J. Levine hereby appears as counsel for The Mount Sinai Medical Center in the above-captioned action and for the purpose of being added to the list of service and ECF notice recipients.

Dated: Washington, DC
October 1, 2010

McDERMOTT WILL & EMERY LLP

By: _____
Philip J. Levine

600 Thirteenth Street
Washington, DC 20005
(202) 756-8000 (telephone)
(202) 756-8087 (facsimile)
plevine@mwe.com

*Attorney for The Mount Sinai Medical Center.*

WDC99 1926742-1