# ORIGINAL

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Mount Sinai Hospital   Plaintiff,

- against -

United States of America   Defendant.

10 cv 5937 (___)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Stephen J. Riccardulli   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Mark H. Churchill |
| Firm Name: | McDermott Will & Emery |
| Address: | 600 13th Street |
| City/State/Zip: | Washington, DC 20005 |
| Phone Number: | (202) 756-8058 |
| Fax Number: | (202) 756-8087 |

Mark H. Churchill   is a member in good standing of the Bar of the States of Virginia, Massachusetts (inactive) and District of Columbia

There are no pending disciplinary proceeding against Mark H. Churchill in any State or Federal court.

Dated: October 4, 2010
City, State: New York, NY

Respectfully submitted,

| | |
|---|---|
| Sponsor's | Stephen J. Riccardulli |
| SDNY Bar | SR-7784 |
| Firm Name: | McDermott Will & Emery |
| Address: | 340 Madison Ave |
| City/State/Zip: | New York, NY 10173 |
| Phone Number: | 212.547.5400 |
| Fax Number: | 212.547.5444 |

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Mount Sinai Medical Center,<br><br>    Plaintiff<br> v.<br><br>The United States of America,<br><br>    Defendant. | Case No. 10 CIV 5937<br><br>AFFIDAVIT OF STEPHEN J. RICCARDULLI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York )
       )  **ss:**
County of New York )

Stephen J. Riccardulli, being duly sworn, hereby deposes and says as follows:

1. I am Stephen J. Riccardulli, a Partner at McDermott Will & Emery LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Mark Churchill as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mark H. Churchill since 2007.

4. Mr. Churchill is a Partner at McDermott Will & Emery in Washington, D.C.

5. I have found Mr. Churchill to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mark H. Churchill, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mark H. Churchill, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Mark H. Churchill, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Respectfully submitted,

Stephen J. Riccardulli, Movant

SDNY Bar No. SR-7784

Dated: October 4, 2010



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

>                         MARK H. CHURCHILL

was on the    10TH    day of      JULY, 2000      duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 17, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
        Deputy Clerk

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

MARK HUNTER CHURCHILL

was admitted to practice as an attorney and counsellor at the bar of this Court on November 2, 1998.

I further certify that so far as the records of this office are concerned, MARK HUNTER CHURCHILL is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 16th day of September A.D. 2010

By: _____
Deputy Clerk



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

**MAURA S. DOYLE**
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

September 16, 2010

Attorney Mark Hunter Churchill
McDermott Will et al
600 13th St., N.W.
Washington, DC 20005

IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING

Attorney Mark Hunter Churchill:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office.  This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact  the Attorney Services Department at 617-557-1050 or carla.tankle@sjc.state.ma.us.

Very truly yours,

*Maura S Doyle*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ct
CL Received: September 16, 2010
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **January** A.D. **2002**, said Court being the highest Court of Record in said Commonwealth:

## Mark Hunter Churchill

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **September** in the year of our Lord **two thousand and ten**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Mount Sinai Medical Center,     Plaintiff,

10  cv  5937  (   )

- against -
United States of America     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Stephen J. Riccardulli   attorney for   The Mount Sinai Medical Center
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark H. Churchill |
| Firm Name: | McDermott Will & Emery |
| Address: | 600 13th Street, NW |
| City/State/Zip: | Washington, DC 20005 |
| Telephone/Fax: | (202) 756-8000 |
| Email Address: | mchurchill@mwe.com |

is admitted to practice pro hac vice as counsel for   The Mount Sinai Medical Center   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: October 4, 2010
City, State: New York, NY

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Thursday, October 7, 2010, I served the accompanying Motion to Admit Counsel Pro Hac Vice for Robin L. Greenhouse, Affidavit of Philip J. Levine in Support of Motion to Admit Counsel Pro Hac Vice, Motion to Admit Counsel Pro Hac Vice for Mark H. Churchill, and Affidavit of Stephen J. Riccardulli in Support of Motion to Admit Counsel Pro Hac Vice via U.S. Mail upon the following party:

Carolina A. Fornos
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, New York 10007

Copies were also served via Certified U.S. Mail on the following parties:

United States of America
Eric H. Holder, Jr., Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States of America
Douglas H. Shulman, Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C. 20224

Dated: New York, New York
October 7, 2010

_____
Amelia J. Crowley