ORIGINAL

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Mount Sinai Hospital  Plaintiff,

- against -

United States of America  Defendant.

10 cv 5937

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Philip J. Levine a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Robin L. Greenhouse
Firm Name:  McDermott Will & Emery
Address:  600 13th Street
City/State/Zip:  Washington, DC 20005
Phone Number:  (202) 756-8204
Fax Number:  (202) 756-8087

Robin L. Greenhouse is a member in good standing of the Bar of the States of District of Columbia and Pennsylvania (inactive)

There are no pending disciplinary proceeding against Robin L. Greenhouse in any State or Federal court.

Dated:  October 1, 2010
City, State:  Washington, D.C.

Respectfully submitted,

Sponsor's  Philip J. Levine
SDNY Bar  1518851
Firm Name:  McDermott Will & Emery LLP
Address:  600 Thirteenth Street, N.W.
City/State/Zip:  Washington, D.C.
Phone Number:  (202) 756-8000
Fax Number:  (202) 756-8087

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Mount Sinai Medical Center,          )<br>                                                              )<br>                           Plaintiff       )<br>       v.                                          )<br>                                                              )<br> The United States of America,              )<br>                                                              )<br>                           Defendant.     )<br>                                                              ) | Case No. 10 CIV 5937<br><br>AFFIDAVIT OF PHILIP J. LEVINE<br>IN SUPPORT OF MOTION TO<br>ADMIT COUNSEL PRO HAC VICE |

State of New York    )
                                )   ss:
County of New York )

I, Philip J. Levine, being duly sworn, hereby deposes and says as follows:

1. I am Philip J. Levine, a Partner at McDermott Will & Emery. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Robin Greenhouse as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Robin Greenhouse since 2002.

4. Ms. Greenhouse is a Partner at McDermott Will & Emery in Washington, D.C.

5. I have found Ms. Greenhouse to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Robin Greenhouse, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Robin Greenhouse, pro hac vice, which is attached hereto as Exhibit A.

    WHEREFORE, it is respectfully requested that the motion to admit Robin Greenhouse, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

    Respectfully submitted,

    _____
    Philip J. Levine, Movant
    SDNY Bar No. 1518851

Dated: October 1, 2010



### THE DISCIPLINARY BOARD
### OF THE
### SUPREME COURT OF PENNSYLVANIA



**CHIEF DISCIPLINARY COUNSEL**
www.padisciplinaryboard.org

**Paul J. Killion**
Chief Disciplinary Counsel
Pennsylvania Judicial Center
601 Commonwealth Avenue
Suite 2700
P.O. Box 62485
Harrisburg, PA 17106
(717) 783-0990
FAX (717) 783-4963

**Paul J. Burgoyne**
Deputy Chief Disciplinary Counsel

DISCIPLINARY COUNSEL
IN CHARGE OF
DISTRICT OFFICES
(I) Anthony P. Sodroski
(II) Raymond S. Wierciszewski
(III) Edwin W. Frese, Jr.
(IV) Angelea A. Mitas

# CERTIFICATE OF DISCIPLINARY HISTORY

*For*

## ROBIN GREENHOUSE, ESQ.
### PA Bar Number 41555

The above-named attorney has no record of any private or public disciplinary history in Pennsylvania nor are there any complaints pending as of September 15, 2010.

_Irene M. Cohle_
Irene M. Cohle
Assistant Operations Coordinator to the
Office of Disciplinary Counsel



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ROBIN L. GREENHOUSE**

was on the 14TH day of OCTOBER, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 17, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Mount Sinai Medical Center      Plaintiff,

10 cv 5937 ( )

- against -

United States of America      Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Philip J. Levine   attorney for   The Mount Sinai Medical Center

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Robin Greenhouse

Firm Name:   McDermott Will & Emery

Address:   600 13th Street NW

City/State/Zip:   Washington DC, 20005

Telephone/Fax:   (202) 756-8000

Email Address:   rgreenhouse@mwe.com

is admitted to practice pro hac vice as counsel for   The Mount Sinai Medical Center   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, New York

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Thursday, October 7, 2010, I served the accompanying Motion to Admit Counsel Pro Hac Vice for Robin L. Greenhouse, Affidavit of Philip J. Levine in Support of Motion to Admit Counsel Pro Hac Vice, Motion to Admit Counsel Pro Hac Vice for Mark H. Churchill, and Affidavit of Stephen J. Riccardulli in Support of Motion to Admit Counsel Pro Hac Vice via U.S. Mail upon the following party:

Carolina A. Fornos
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, New York 10007

Copies were also served via Certified U.S. Mail on the following parties:

United States of America
Eric H. Holder, Jr., Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States of America
Douglas H. Shulman, Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C. 20224

Dated: New York, New York
October 7, 2010

_____
Amelia J. Crowley