SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Mount Sinai Medical Center,          Plaintiff,

10  cv  5937  (   )

- against -
United States of America           Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Stephen J. Riccardulli       attorney for   The Mount Sinai Medical Center

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark H. Churchill |
| Firm Name: | McDermott Will & Emery |
| Address: | 600 13th Street, NW |
| City/State/Zip: | Washington, DC 20005 |
| Telephone/Fax: | (202) 756-8000 |
| Email Address: | mchurchill@mwe.com |

USDC SDNY
DOC[...]
ELECTR[...]
DOC #: _____
DATE FILED: 10/15/10

is admitted to practice pro hac vice as counsel for   The Mount Sinai Medical Center   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:       October 15, 2010
City, State: New York, NY

[signature]