◆SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Mount Sinai Medical Center     Plaintiff,

                                                    10  cv  5937    (   )

- against -
United States of America        Defendant.          **ORDER FOR ADMISSION**
                                                    **PRO HAC VICE**
                                                    **ON WRITTEN MOTION**

Upon the motion of  Philip J. Levine    attorney for  The Mount Sinai Medical Center
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Robin Greenhouse |
| Firm Name: | McDermott Will & Emery |
| Address: | 600 13th Street NW |
| City/State/Zip: | Washington DC, 20005 |
| Telephone/Fax: | (202) 756-8000 |
| Email Address: | rgreenhouse@mwe.com |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/10

is admitted to practice pro hac vice as counsel for  The Mount Sinai Medical Center  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10/15/10
City, State: New York, New York

United States District/Magistrate Judge