UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
THE MOUNT SINAI HOSPITAL,

                  Plaintiff,

            -against-

UNITED STATES OF AMERICA,

                  Defendant.
------------------------------------------------------------ x

Case No. 10-cv-05937-AKH

STIPULATION OF VOLUNTARY DISMISSAL

     IT IS STIPULATED AND AGREED, by and between plaintiff, The Mount Sinai Hospital ("Plaintiff"), and defendant, the United States of America ("Defendant"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that in light of the January 11, 2011 decision by the United States Supreme Court in *Mayo Foundation for Education & Research, et al., v. United States* (09-837), Plaintiff's claims against Defendant in this action are hereby withdrawn and dismissed without prejudice.

     It is further STIPULATED AND AGREED, by and between Plaintiff and Defendant, that each party is to bear its own fees and costs.

Dated:  February 23, 2011

                                                 PREET BHARARA
                                               United States Attorney for the Southern
                                               District of New York

By: /s/ Mark H. Churchill                                    By:  /s/ Carolina A. Fornos

Mark H. Churchill (*pro hac vice*)                 Carolina A. Fornos
Robin L. Greenhouse (*pro hac vice*)          Assistant United States Attorney
McDermott Will & Emery LLP                      86 Chambers Street, 3rd Fl.
600 13th Street N.W.                                   New York, NY  10007
Washington, D.C. 20005                              Telephone: (212) 637-2740
Telephone:  (202) 756-8000                        Facsimile: (212) 637-2702
Facsimile: (202) 756-8087                            E-mail: carolina.fornos@usdoj.gov

- 2 -

E-mail:  mchurchill@mwe.com  *Attorney for the United States of America*
E-mail:  rgreenhouse@mwe.com

John J. Calandra
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
jcalandra@mwe.com

*Attorneys for The Mount Sinai Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2011, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                                            /s/ Mark H. Churchill

WDC99 1979079-4.022760.0026