UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

THE MOUNT SINAI HOSPITAL,

                Plaintiff,

      -against-

UNITED STATES OF AMERICA,

                Defendant.
---------------------------------------------------------------- x

Case No. 10-cv-05937-AKH

STIPULATION AND ORDER
OF DISMISSAL

     IT IS STIPULATED AND AGREED, by and between plaintiff, The Mount Sinai Hospital ("Plaintiff"), and defendant, the United States of America ("Defendant"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that in light of the January 11, 2011 decision by the United States Supreme Court in *Mayo Foundation for Education & Research, et al., v. United States* (09-837), Plaintiff's claims against Defendant in this action are hereby withdrawn and dismissed without prejudice.

     It is further STIPULATED AND AGREED, by and between Plaintiff and Defendant, that each party is to bear its own fees and costs.

Dated: February 22, 2011

By: /s/ Mark H. Churchill

Mark H. Churchill (*pro hac vice*)
Robin L. Greenhouse (*pro hac vice*)
McDermott Will & Emery LLP
600 13th Street N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

PREET BHARARA
United States Attorney for the Southern
District of New York

By: /s/ Carolina A. Fornos

Carolina A. Fornos
Assistant United States Attorney
86 Chambers Street, 3rd Fl.
New York, NY 10007
Telephone: (212) 637-2740
Facsimile: (212) 637-2702
E-mail: carolina.fornos@usdoj.gov

E-mail: mchurchill@mwe.com
E-mail: rgreenhouse@mwe.com

*Attorney for the United States of America*

John J. Calandra
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
jcalandra@mwe.com

*Attorneys for The Mount Sinai Hospital*

SO ORDERED:

/s/ Alvin K. Hellerstein

HON. ALVIN K. HELLERSTEIN

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2011, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Mark H. Churchill

WDC99 1979079-3.022760.0026